**Order entered September 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00996-CV

### MARK NUSBAUM, ET AL., Appellants

### V.

### WELLINGTON REALTY, LLC, ET AL., Appellees

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18742**

## ORDER

Before the Court is appellants' September 26, 2019 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **October 30, 2019**.

/s/    BILL WHITEHILL
            JUSTICE